# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY D. JOHNSON,
      Appellant,

vs.

THE STATE OF NEVADA,
      Respondent.

No. 78947

**FILED**

JUN 2 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on February 8, 2019. The district court served notice of entry of that order on appellant on February 11, 2019. Appellant did not file the notice of appeal, however, until June 3, 2019, well after the expiration of the 30-day appeal period prescribed by NRS 34.575. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court lacks jurisdiction to consider this appeal, and

      ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

---

[1]Given this order, this court takes no action on the pro se document filed on June 18, 2019.

19-26850

cc: Hon. Tierra Danielle Jones, District Judge
Anthony D. Johnson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A